IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 2:24-cv-1675

UNITED STATES OF AMERICA and
COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

      Plaintiffs,

  v.

PENNENERGY RESOURCES, LLC,

      Defendant.

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

      Plaintiffs, the United States of America and the Commonwealth of Pennsylvania, Department of Environmental Protection ("PADEP"), have filed a complaint against PennEnergy Resources, LLC ("PennEnergy") seeking injunctive relief and civil penalties for violations of the Clean Air Act at five of PennEnergy's oil and natural gas production facilities in western Pennsylvania.

      Plaintiffs hereby notify the Court that they have lodged with the Clerk of Court a proposed Consent Decree, attached as an exhibit hereto, that would resolve all claims in this action. Plaintiffs are **not** requesting any action by the Court at this time on the proposed Consent Decree. The United States is required by regulation to invite the public to comment on the proposed Consent Decree for a period of 30 days before seeking judicial approval. The public comment period will begin upon publication of a notice in the Federal Register, which we

1

anticipate will occur shortly. At the end of the public comment period, Plaintiffs will file a motion with the Court to advise the Court of any comments received and of the United States' position as to whether the proposed Decree should be approved and entered by the Court.

Pursuant to 28 C.F.R. § 50.7, the United States may not seek the Court's approval of the proposed Consent Decree until the opportunity for public comment is satisfied. This regulatory requirement has been acknowledged by the parties to the proposed Decree as a condition of the settlement as reflected in Paragraph 154 of the proposed Decree. The United States therefore requests that the Court wait, before considering whether to approve and enter the proposed Consent Decree as an order of this Court, for a subsequent submission by Plaintiffs regarding any comments received during the public comment period and the United States' position regarding entry of the proposed Decree.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ Nicholas Morales
Nicholas Morales, DC Bar No. 1003942
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 616-8860
Fax: (202) 514-8865
Email: Nicholas.Morales@usdoj.gov

ERIC G. OLSHAN
United States Attorney
Western District of Pennsylvania

                                        PAUL SKIRTICH, Bar No. 30440  
                                      Assistant United States Attorney  
                                      U.S. Post Office and Courthouse  
                                      700 Grant Street, Suite 4000  
                                      Pittsburgh, Pennsylvania 15219  
                                      Phone: (412) 894-7418  
                                      Fax: (412) 644-6995  
                                      Email: Paul.Skirtich@usdoj.gov  

<u>OF COUNSEL</u>:

ALEX CHEN  
Attorney Advisor  
Air Enforcement Division  
Office of Civil Enforcement  
U.S. Environmental Protection Agency  

HUMANE ZIA  
Senior Assistant Regional Counsel  
Office of Regional Counsel, Air & Toxics Branch  
U.S. Environmental Protection Agency  

                                      COMMONWEALTH OF PENNSYLVANIA,  
                                      DEPARTMENT OF ENVIRONMENTAL  
                                      PROTECTION  

                                      /s/ *Carl D. Ballard*_____  
                                      (Signed by Filing Attorney with consent)  
                                      Carl D. Ballard, PA I.D. No. 320830  
                                      Assistant Counsel  
                                      Northwest Regional Counsel  
                                      230 Chestnut Street  
                                      Meadville, PA  16335-3407  
                                      Phone: 814-332-6070  
                                      Fax: 814-332-6996  
                                      Email: caballard@pa.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Lodging of Proposed Consent Decree to be served by email on December 10, 2024 on:

Gina Falaschi Buchman
Babst Calland Attorneys at Law
505 9th Street NW, Suite 602
Washington, DC 20004
gbuchman@babstcalland.com
*Attorney for Defendant*

                                           */s/ Nicholas Morales*
                                           Nicholas Morales